OTC

Name: Patti M. Cox
Address: 7618 Tampa Way, Shreveport, LA 71105
Cell: 949.500.1372

RECEIVED

OCT 0 6 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Patti M. Cox<br><br>PLAINTIFF<br><br>vs.<br><br>Katherine C. Dorroh,<br>First Judicial District Judge<br><br>DEFENDANT | **CIVIL RIGHTS COMPLAINT**<br><br>**Deprivation of Rights Under Color of Law (18 U.S.C. §242)**<br><br>CIVIL NO. 5:16-cv-1395 |

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

   Deprivation of Rights Under Color of Law (18 U.S.C. §242)

2. NAME OF PLAINTIFF Patti M. Cox
   IS A CITIZEN OF THE STATE OF LOUISIANA

   PRESENT MAILING ADDRESS:   7618 Tampa Way
   Shreveport, LA 71105

Page 1

3.  NAME OF DEFENDANT <u>Katherine C. Dorroh</u>
    IS A CITIZEN OF <u>Shreveport, LA</u>

    IS EMPLOYED AS <u>Judge</u> at <u>First Judicial District, Caddo Parish</u>

    The defendant was acting under the authority or color of state law at the time these claims occurred. The Plaintiff has asked for a jury trial at several court appearances and was denied that request for a jury trial every time.

## B. FACTUAL BACKGROUND

1.  **A Domestic Violence Conviction is not a "petty offense."** Society now regards domestic violence as a very serious crime. The opprobrium attached to a domestic violence conviction results in the loss of several liberties, the pursuit of happiness and employment opportunities. If I am convicted of domestic violence, the following punishment and penalties will happen:

    My employment opportunities are reduced to almost zero. Public employment will never happen. Employment in my field of enviromental compliance is gone. I will lose my professional certification as an Environmental Geologist that took five years of experience and two days of testing to achieve. I will never be able to obtain that certification again.

    I will never be able to get a loan or buy a home with a domestic violence conviction on my record. I will not be able to rent or lease an apartment because of state laws prohibiting landlords from leasing to anyone with a DV conviction.

    My conviction is a matter of public record and will follow me the rest of my life.

2.  **The Record of the State of Louisiana**
    According to the U.S. Department of Justice (USDOJ), as of December 2014, Louisiana had the highest incarceration rate in the United States with an estimated 816 of every 100,000 residents incarcerated. Recognizing that reforms were needed to reduce Louisiana's incarceration

rate, the Legislature recently created the Louisiana Justice Reinvestment Task Force. In addition to having the highest incarceration rate, Louisiana incarcerates a higher number of nonviolent offenders than the national average.

District attorneys and judges in Louisiana give prior arrests particularly heavy weight when considering charges and sentencing, says Derwyn Bunton, the chief district defender for Orleans Parish. *The DAs' desire to continue using nonviolent arrests that didn't result in convictions as a justification for locking people up shows that Louisiana's justice system is "wed to over-incarceration" and "points to how difficult criminal justice reform can be," he added.*\*

\* Louisiana Legislative Auditor Daryl G. Purpera, CPA, CFE, Evaluation of Strategies to Reduce Louisiana's Incarceration Rate and Costs for Nonviolent Offenders, August 2016
http://app.lla.state.la.us/PublicReports.nsf/0/DB26F2309F9783F2862580200077A2CD/$FILE/00010B73.pdf

In the State Integrity 2015 Report that assessed systems in place to deter corruption in state government, The Center for Public Integrity (winner of the 2014 Pulitzer Prize), gave Louisiana an F grade for Judicial Accountability and a rank of 49th out of 50 states.\*

\* https://www.publicintegrity.org/2015/11/09/18407/louisiana-gets-f-grade-2015-state-integrity-investigation

Per capita, Louisiana is the most corrupt state, followed by Mississippi.\*

\* FiveThirtyEight Data Lab Report January 2015. http://fivethirtyeight.com/datalab/ranking-the-states-from-most-to-least-corrupt/

## C. NATURE OF CASE

I have been charged with domestic violence on two occasions. The first time, I was at home in bed when the accuser tried to come into the house through my bedroom between 10:30 and 11:00 pm after he had been at the the casino and he had been drinking. I got up out of bed and refused to let him into my room. He tripped over the water hose on the patio and fell down. An hour or so later, he drove to the emergency room because his hip was hurting him and he has had a hip replacement.

Three days later, I was charged with domestic violence. I was told I had a record.

Several months later, the same thing happened about 8:00 pm. The accuser had been at the casino and had been drinking and tried to come into my bedroom through the sliding glass door. I would not let him in. He backed up into the sliding glass door and the glass broke. When I tried to tell the officer that we had lost the house in foreclosure and my name was on the lease it did not matter. I tried to explain that the bills were not getting paid on time and my credit has been ruined. I was told by the officer that I had a record and I was arrested again and spent a week in jail. I have repeated asked for a jury trial and the judge has refused.

## D. CAUSE OF ACTION

1.     I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:

There are four elements to establish offenses under this section: (1) the victim must have been an inhabitant of a U.S. state, district, or territory when the alleged violation occurred; (2) defendant acted under color of any law; (3) the defendant's conduct deprived the victim of some right secured or protected by the U.S. Constitution; and (4) the defendant acted willfully, that is, with specific intent to violate the protected constitutional right.

I am a inhabitant of Shreveport, LA where the arrest and denial of a jury trial took place. Judge Dorroh is the presiding judge and has refused to grant me a jury trial according to my Sixth Amendment rights. When Judge Dorroh refused my jury trial request, knowing it was my constitutional right, she acted willfully. The Sixth Amendment requires that the aggregate potential penalty be the basis for determining whether a jury trial is required.It is well-established that the Sixth Amendment, like the common law, reserves this jury-trial right for prosecutions of serious offenses." Duncan v. Louisiana, 391 U. S. 145, 159 (1968).

## E. INJURY

1. How have you been injured by the actions of the defendant(s)? I will have a domestic violence charge on my record permanently.

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? No.

## G. REQUEST FOR RELIEF

1. I believe that I am entitled to the following relief: I am entitled to a jury trial because a domestic violence charge is very serious and will change my life forever. I am asking for Preliminary Injunctive Relief from my trial date until it can be determined why two charges of domestic violence that will put me in jail for almost a year are not a jury trial charge.

2. Preliminary Injunctive Relief (elements of Injunctive relief)
In general, there are four elements that must be met for a court to grant a preliminary injunction or a TRO. They are: 1) that there is a likelihood of irreparable harm with no adequate remedy at law; 2) that the balance of harm favors the movant; 3) that there is a likelihood of success on the merits of the case; and 4) that the public interest favors the granting of the injunction.

    a. The irreparable harm to my life and career can never be repaired.

    b. Once I am found guilty, I may never be able to get the domestic violence charge off my record.

    c. I have a good chance or winning a jury trial on the merits of the case which is why I am being denied a jury trial.

    d. The citzens of Louisiana deserve a fair and impartial judicial system.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at  SHREVEPORT , LA   on  10/06   20 16
          (Location)                                  (Date)

_____
Signature